**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 15-PO-00135-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. FRANK T. GUIDOTTI,**

**Defendant.**

---

### ORDER RE: REQUEST TO SET CHANGE OF PLEA HEARING [DOC. #12]

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Pursuant to the Notice of Disposition and discussion with defense counsel,

**IT IS HEREBY ORDERED** that a Change of Plea Hearing in this matter is set for December 1, 2015 at 3:00 p.m. to allow Defendant time to complete his 60-day in-patient treatment program.

**DATED: October 27, 2015.**

                                            **BY THE COURT:**

                                            **s/David L. West**
                                            **United States Magistrate Judge**