# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 15-PO-00135-DLW<br>U.S. MARSHAL NO: 41422-013 |
| FRANK T. GUIDOTTI | Anthony Savastano<br>(Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to Count One of the Information.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3; 36 CFR 4.23(a)(1) | Driving Under the Influence | 09/09/15 | One |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

12/15/15
Date of Imposition of Judgment

_(signature)_
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

12/15/15
Date

DEFENDANT: FRANK T. GUIDOTTI
CASE NUMBER: 15-PO-00135-DLW                                                  Judgment-Page 2 of 5

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of One (1) Year with the following Special Conditions:

1) Defendant shall perform 48 hours of useful public service and furnish proof of completion of same to the Court within the term of his unsupervised probation.
2) Defendant shall not violate any federal, state, or local statute or regulation, excepting traffic infractions.
3) Defendant shall not possess or consume any alcohol during the term of his unsupervised probation.
4) Defendant shall pay the fine and costs in this matter of $510.00

DEFENDANT:  FRANK T. GUIDOTTI
CASE NUMBER:  15-PO-00135-DLW

Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | 0 | $500.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $500.00 | $0.00 |

DEFENDANT: FRANK T. GUIDOTTI
CASE NUMBER: 15-PO-00135-DLW                                          Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Due on or before December 23, 2015.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest